UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

N.R.G.F.,

        Petitioner,

    v.

MINGA WOFFORD, Field Office Director, Mesa Verde, et al.,

        Respondents.

No.  1:26-cv-00200-JLT-SKO (HC)

**ORDER GRANTING PETITIONER'S MOTION TO PROCEED UNDER INIITALS**

**[Doc. 3]**

Petitioner is an immigration detainee proceeding with counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. He has filed a petition for writ of habeas corpus challenging his detention by the United States Department of Homeland Security ("DHS").

On January 12, 2026, Petitioner filed the instant motion to proceed using his initials. (Doc. 3.) As recommended by the Committee on Court Administration and Case Management of the Judicial Conference of the United States, the Court will omit Petitioner's full name, using only his initials, to protect sensitive personal information. See Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

1

Accordingly, Petitioner's motion to proceed using his initials is GRANTED.

IT IS SO ORDERED.

Dated:    **January 13, 2026**                          /s/ *Sheila K. Oberto*
                                                   UNITED STATES MAGISTRATE JUDGE